# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FISHMAN HAYGOOD PHELPS WALMSLEY, WILLIS & SWANSON, L.L.P., *and all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>STATE STREET CORPORATION, STATE STREET BANK & TRUST COMPANY, STATE STREET BANK & TRUST COMPANY OF NEW HAMPSHIRE, AND STATE STREET GLOBAL ADVISORS,<br><br>Defendants. | CIVIL ACTION NO: 1:09-CV-10533-PBS. |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Rules 8 and 12(b)(1) and (6) of the Federal Rules of Civil Procedure, Defendants State Street Corporation, State Street Bank & Trust Company, State Street Bank & Trust Company of New Hampshire, and State Street Global Advisors ("Defendants"), respectfully move this Court for an order dismissing the Class Action Complaint ("Complaint").

As set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, and the supporting Declaration of Dawn M. Wilson, dated June 22, 2009, Plaintiff's claims should be dismissed for the following reasons:

i)      Plaintiff lacks Article III standing because it has not suffered an injury-in-fact;

ii)     the Complaint fails adequately to state a claim that Defendants violated ERISA Sections 404 and 406;

iii)    State Street Corporation is not an ERISA fiduciary and did not breach duties to the Plaintiff under the Act; and

iv)      State Street Global Advisors, a division of State Street Bank & Trust Company, is

an incorporated entity, incapable of suit in its own name.

WHEREFORE, for the reasons set forth more fully in Defendants' Memorandum of Law,

Defendants request that the Court dismiss the Complaint.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court in deciding the issues presented

by this motion.  Defendants accordingly request a hearing pursuant to Local Rule 7.1(D).


Dated:  June 22, 2009                          Respectfully submitted,

                                               s/ Lori A. Martin_____

                                               Lori A. Martin (*pro hac vice*)
                                               Dawn M. Wilson (*pro hac vice*)
                                               Brad E. Konstandt (*pro hac vice*)
                                               WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                               399 Park Avenue
                                               New York, NY 10022
                                               Telephone: 212-230-8800
                                               Facsimile: 212-230-8888
                                               lori.martin@wilmerhale.com

                                               Jeffrey B. Rudman (BBO # 433380)
                                               Phillipa J. Gage (BBO #664528)
                                               Manique W. Bloom (BBO # 670537)
                                               WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                               60 State Street
                                               Boston, MA 02109
                                               Telephone: 617-526-6000
                                               Facsimile: 617-526-5000
                                               jeffrey.rudman@wilmerhale.com

                                               *Counsel for Defendants State Street*
                                               *Corporation, State Street Bank & Trust*
                                               *Company, State Street Bank & Trust*
                                               *Corporation  of New Hampshire, and State*
                                               *Street Global Advisors*

CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2009, I caused a copy of this Document to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

/s/ Lori A. Martin

Lori A. Martin