IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fishman Haygood Phelps Walmsley, Willis & Swanson, LLP, *and all others similarly situated*,<br><br>                   Plaintiffs,<br><br>   v.<br><br>State Street Corporation, State Street Bank & Trust Co., State Street Bank & Trust Co. of New Hampshire, and State Street Global Advisors,<br><br>                   Defendants. | Case No. 1:09-CV-10533 PBS |

## ASSENTED TO MOTION TO FILE PLAINTIFF'S MOTION TO COMPEL AND CONFIDENTIAL DOCUMENTS UNDER SEAL

Pursuant to Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiff, Fishman Haygood Phelps Walmsley & Swanson LLP ("Plaintiff") petitions this Court to allow it to file documents under seal for the reasons set forth below. Defendants have assented to the motion.

On December 8, 2009, the Court entered a protective order that provided, among other things, that all material or information designated as confidential or highly confidential must be filed under seal pursuant to this Court's procedures for same. (Doc. 46, ¶ H.) Plaintiff has served on Defendants a motion to compel additional testimony of a Fed. R. Civ. P. 30(b)(6) witness, a memorandum in support, and a supporting declaration and exhibits. The motion papers and exhibits contain confidential information.

1

## **Prayer for Relief**

WHEREFORE, all parties respectfully request that the Court allow the Plaintiff to file the following documents under seal, pursuant to Rule 7.2 of the Local Rules:

- Plaintiff's Motion To Compel Production Of Additional Witness To Provide Testimony On Behalf Of Defendants Pursuant To Federal Rule Of Civil Procedure 30(B)(6);

- Memorandum In Support Of Plaintiff's Motion To Compel Production Of Additional Witness To Provide Testimony On Behalf Of Defendants Pursuant To Federal Rule Of Civil Procedure 30(B)(6);

- Declaration of Gregory Y. Porter with accompanying exhibits.


Dated: January 15, 2009                     Respectfully Submitted,


| | |
|---|---|
| Todd M. Schneider<br>Guy Wallace<br>Mark T. Johnson<br>SCHNEIDER WALLACE COTTRELL<br>BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105 | By:   /S/  Gregory Y. Porter<br>Gregory Y. Porter<br>BAILEY & GLASSER LLP<br>910 17th Street, NW<br>Suite 800<br>Washington, DC 20006<br>Tel: (202) 463-2101<br>Fax: (202) 463-2101 |
| Garrett W. Wotkyns<br>SCHNEIDER WALLACE COTTRELL<br>BRAYTON KONECKY LLP<br>7702 E. Doubletree Ranch Road, Suite 300<br>Scottsdale, Arizona 85258 | Brian A. Glasser<br>Michael L. Murphy<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Tel: (304) 345-6555<br>Fax: (304) 342-1110 |
| Todd S. Collins<br>Shanon J. Carson<br>Ellen T. Noteware<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3040<br>Fax: (215) 875-4604 | Matthew McCue<br>Law Office of Matthew McCue<br>179 Union Ave.<br>Framingham, MA 01702<br>Tel: (508) 620-1166<br>Fax: (508) 820-3311<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2009, I caused a copy of this document to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class US. mail on those indicated as non-registered participants.

                                                    By: /s/ Gregory Y. Porter