IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fishman Haygood Phelps Walmsley, Willis & Swanson, LLP, *and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>State Street Corporation, State Street Bank & Trust Co., State Street Bank & Trust Co. of New Hampshire, and State Street Global Advisors,<br><br>Defendants. | Case No. 1:09-CV-10533 PBS |

## CORRECTED ASSENTED TO MOTION TO FILE PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING, AND SUPPORTING DOCUMENTS, UNDER SEAL

Pursuant to Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiff, Fishman Haygood Phelps Walmsley & Swanson LLP ("Plaintiff") petitions this Court to allow it to file documents under seal for the reasons set forth below. Defendants have assented to the motion.

On December 8, 2009, the Court entered a protective order that provided, among other things, that all material or information designated as confidential or highly confidential must be filed under seal pursuant to this Court's procedures for same. (Doc. 46, ¶ H.) Plaintiff has served on Defendants Plaintiff's Supplemental Memorandum Of Law In Opposition To Defendants' Motion To Dismiss For Lack Of Standing and accompanying declaration of Todd S. Collins (attaching exhibits to the Supplemental

1

Memorandum) and the accompanying declaration of Anthony Nazzaro (which includes supporting exhibits). The memorandum, declarations, and exhibits contain confidential information.

## **Prayer for Relief**

WHEREFORE, all parties respectfully request that the Court allow the Plaintiff to file the following documents under seal, pursuant to Rule 7.2 of the Local Rules:

- Plaintiff's Supplemental Memorandum Of Law In Opposition To Defendants' Motion To Dismiss For Lack Of Standing;

- Declaration of Todd S. Collins

- Declaration of Anthony Nazzaro, including attached exhibits.

Dated: January 15, 2009                                        Respectfully Submitted,

| | |
|---|---|
| Todd M. Schneider<br>Guy Wallace<br>Mark T. Johnson<br>SCHNEIDER WALLACE COTTRELL<br>BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br><br>Garrett W. Wotkyns<br>SCHNEIDER WALLACE COTTRELL<br>BRAYTON KONECKY LLP<br>7702 E. Doubletree Ranch Road, Suite 300<br>Scottsdale, Arizona 85258<br><br>Todd S. Collins<br>Shanon J. Carson<br>Ellen T. Noteware<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3040<br>Fax: (215) 875-4604 | By: /S/ Gregory Y. Porter<br>Gregory Y. Porter<br>BAILEY & GLASSER LLP<br>910 17th Street, NW<br>Suite 800<br>Washington, DC 20006<br>Tel: (202) 463-2101<br>Fax: (202) 463-2101<br><br>Brian A. Glasser<br>Michael L. Murphy<br>BAILEY & GLASSER LLP<br>209 Capitol Street<br>Charleston, WV 25301<br>Tel: (304) 345-6555<br>Fax: (304) 342-1110<br><br>Matthew McCue<br>Law Office of Matthew McCue<br>179 Union Ave.<br>Framingham, MA 01702<br>Tel: (508) 620-1166<br>Fax: (508) 820-3311<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 15, 2009, I caused a copy of this document to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class US. mail on those indicated as non-registered participants.

By: /s/ *Todd Collins*