IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Fishman Haygood Phelps Walmsley, Willis & Swanson, LLP, *and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> State Street Corporation, State Street Bank & Trust Co., State Street Bank & Trust Co. of New Hampshire, and State Street Global Advisors, <br><br> Defendants. | Case No. 1:09-CV-10533 PBS |

## DEFENDANTS' ASSENTED-TO MOTION TO CONTINUE HEARING ON MOTION TO COMPEL

Defendants State Street Corporation, State Street Bank & Trust Company, State Street Bank & Trust Company of New Hampshire, and State Street Global Advisors respectfully request that the Court continue the hearing on Plaintiff's Motion to Compel Additional 30(b)(6) Witness Testimony, presently scheduled for March 4, 2009 at 2:30 PM.

In support of the requested continuance, Defendants state that the counsel who defended the deposition that is the subject of the Motion, and will be arguing the Motion on behalf of Defendants, has a conflict resulting from an earlier-scheduled mediation of a securities class action litigation before the Honorable Layne Philips (Ret.) in New York City on March 3-4. Defense and Plaintiff's counsel have conferred and Plaintiff assents to the motion. For the convenience of the Court, the parties have conferred on mutually agreeable dates, and subject to

the approval of the Court, are available to appear on the Motion on March 23, April 9, or April 13, 14, or 15.

**WHEREFORE**, for the reasons stated above, Defendants respectfully request that the Court grant this motion to continue.


Dated: February 8, 2010                    Respectfully submitted,


/s/ Lori A. Martin
Lori A. Martin (*pro hac vice*)
Dawn M. Wilson (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888
E-mail: lori.martin@wilmerhale.com


Jeffrey B. Rudman (BBO # 433380)
Phillipa Gage (BBO # 664528)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617-526-5000
E-mail: jeffrey.rudman@wilmerhale.com


*Counsel to Defendants State Street Corporation,*
*State Street Bank and Trust Company,*
*State Street Bank and Trust Company of New*
*Hampshire, and State Street Global Advisors*

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2010, I caused a copy of this Document and its attachments to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

/s/ Lori A. Martin
Lori A. Martin