IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FISHMAN HAYGOOD PHELPS WALMSLEY, WILLIS & SWANSON, L.L.P., *and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE STREET CORPORATION, STATE STREET BANK & TRUST COMPANY, STATE STREET BANK & TRUST COMPANY OF NEW HAMPSHIRE, AND STATE STREET GLOBAL ADVISORS,<br><br>Defendants. | CASE NO. 1:09-cv-10533-PBS |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants State Street Corporation, State Street Bank & Trust Company of New Hampshire, and State Street Bank & Trust Company (including its division State Street Global Advisors) believe that oral argument may assist the Court in deciding the issues presented by the Supplemental Submissions on Defendants' Motion to Dismiss for Lack of Standing and hereby request a hearing.

Dated: February 23, 2010
       New York, New York

    Respectfully submitted,

    _/s/ Lori A. Martin_____
    Lori A. Martin (*pro hac vice*)
    Dawn M. Wilson (*pro hac vice*)
    Brad E. Konstandt (*pro hac vice*)
    WILMER CUTLER PICKERING

    HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
lori.martin@wilmerhale.com

Jeffrey B. Rudman (BBO #433380)
Phillipa J. Gage (BBO #664528)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
jeffrey.rudman@wilmerhale.com

*Counsel for Defendants State Street Corporation, State Street Bank & Trust Company, State Street Bank & Trust Company of New Hampshire, and State Street Global Advisors*

**CERTIFICATE OF SERVICE**
I hereby certify that on February 23, 2010, I caused a copy of the Defendants' Request for Oral Argument to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first class mail on those indicated as non-registered participants.

/s/ Brad E. Konstandt_____
Brad E. Konstandt