UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 09-10533 PBS

**Fishman Haygood Phelps Walmsley, Willis & Swanson, LLP**
Plaintiff

v.

**State Street Corporation, et al**
Defendant

## ORDER OF DISMISSAL

SARIS, D.J.

    In accordance with the Court's allowance of the Defendants' Motion to Dismiss on 3/25/10, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine Patch
Deputy Clerk

March 25, 2010

To: All Counsel