IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fishman Haygood Phelps Walmsley, Willis & Swanson, LLP, *and all others similarly situated*,<br><br>      Plaintiffs,<br><br> v.<br><br>State Street Corporation, State Street Bank & Trust Co., State Street Bank & Trust Co. of New Hampshire, and State Street Global Advisors,<br><br>      Defendants. | Case No. 1:09-CV-10533-PBS |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Fishman Haygood Phelps Walmsley, Willis & Swanson, LLP, the Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the judgment entered in this action on March 25, 2010.

Dated: April 23, 2010

/s/ Gregory Y. Porter
Gregory Yann Porter (*pro hac vice*)
Brian Glasser (*pro hac vice*)
BAILEY & GLASSER, LLP
910 17th Street, NW
Suite 800
Washington, D.C. 20006
Tel: 202-463-2101
Fax: 202-463-2103
gporter@baileyglasser.com
bglasser@baileyglasser.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the April 23, 2010, a copy of the **Notice of Appeal** was served via the court's electronic filing system on the following:

| | |
|---|---|
| Todd M. Schneider<br>Guy Wallace<br>Mark T. Johnson<br>SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br><br>Garrett W. Wotkyns<br>SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP<br>7702 E. Doubletree Ranch Road, Suite 300<br>Scottsdale, Arizona 85258<br><br>Todd S. Collins<br>Shanon J. Carson<br>Ellen T. Noteware<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Matthew McCue<br>Law Office of Matthew McCue<br>179 Union Ave.<br>Framingham, MA 01702<br><br>Lori A. Martin (*pro hac* vice)<br>Dawn M. Wilson (*pro hac vice*)<br>Brad E. Konstandt (*pro hac* vice)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br><br>Jeffrey B. Rudman (BBO # 433380)<br>Phillipa J. Gage (BBO #664528)<br>Manique W. Bloom (BBO # 670537)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109 |

/s/Gregory Y. Porter
Bailey & Glasser LLP