# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Fishman Haygood PhelpsWalmsley,Willis & Swanson, LLP v. State Street Corp

District Court Number: 09-cv-10533

---

Fee: Paid? Yes **X** No ____   Government filer ____   *In Forma Pauperis* Yes ____ No **X**

---

Motions Pending   Yes ____ No **X**          Sealed documents   Yes **X** No ____
*If yes, document #* _____            *If yes, document #* 53-55, 58, 59

*Ex parte* documents   Yes ____ No **X**     Transcripts   Yes **X** No ____
*If yes, document #* _____            *If yes, document #* 43

---

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ____   Other: ____

Appeal from:   Memorandum and Order

Other information:

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, Memorandum and Order, Order Dismissing Case

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 73, filed on 4/23/2010.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 4/23/2010.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**