## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number: 09-cv-10533

USCA Docket Number: 10-1513

Fishman Haygood Phelps Walmsley

v.

State Street Corporation, et al

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents ____ electronic documents:

**Main Documents:**

Document Numbers: _____

**Other Documents:**

Sealed Records:

Document Numbers: 53, 54, 55, 58, 59

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 4/27/2010.

SARAH ALLISON THORNTON,
Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/27/10.

Deputy Clerk, US Court of Appeals