IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FISHMAN HAYGOOD PHELPS WALMSLEY, WILLIS & SWANSON L.L.P., *and all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>STATE STREET CORPORATION, STATE STREET BANK & TRUST COMPANY, STATE STREET BANK & TRUST COMPANY OF NEW HAMPSHIRE, AND STATE STREET GLOBAL ADVISORS,<br><br>Defendants. | CIVIL ACTION NO: 1:09-CV-10533-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please take notice that Jennifer Porter is hereby withdrawn as counsel in the above-captioned matter for defendants State Street Corporation, State Street Bank & Trust Co., State Street Bank & Trust Co. of New Hampshire, and State Street Global Advisors, because as of May 7, 2010, Ms. Porter will no longer be associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, and will no longer have any association with the above-captioned matter. Wilmer Cutler Pickering Hale and Dorr LLP will continue as counsel for the above-referenced defendants.

Dated:  May 3, 2010                     Respectfully submitted,

s/ Lori A. Martin_____

Lori A. Martin (*pro hac vice*)
Dawn M. Wilson (*pro hac vice*)
Brad E. Konstandt (*pro hac vice*)
WILMER CUTLER PICKERING

    HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: 212-230-8800
Facsimile: 212-230-8888
lori.martin@wilmerhale.com

Jeffrey B. Rudman (BBO # 433380)
Phillipa J. Gage (BBO #664528)
Manique W. Bloom (BBO # 670537)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
jeffrey.rudman@wilmerhale.com

*Counsel for Defendants State Street Corporation, State Street Bank & Trust Company, State Street Bank & Trust Corporation of New Hampshire, and State Street Global Advisors*

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2010, I caused a copy of this Document to be served electronically, via the electronic filing system, on the registered participants as identified on the Notice of Electronic Filing (NEF) and by first-class mail on those indicated as non-registered participants.

/s/ Lori A. Martin
Lori A. Martin