# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Fishman Haygood Phelps Walmsley, Willis & Swanson, LLP, et al. v. State Street Corporation, et al.
District Court Case No.  1:09-CV-10533-PBS          District of Massachusetts
Date Notice of Appeal filed  04/23/10          Court of Appeals Case No.  10-1513
Form filed on behalf of  Fishman Haygood Phelps Walmsley, Willis & Swanson, LLP

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter  Lee Marzilli
Phone Number of Reporter  (617) 345-6787

A. ✓  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) Motion to Dismiss | October 14, 2009 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✓  I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Gregory Y. Porter          Filer's Signature _____
Firm/Address  Bailey & Glasser, 910 17th St., NW, Washington, DC 20006    Filer's Email address  gporter@baileyglasser.com
Telephone number  (202) 463-2101          Date mailed to court reporter  May 12, 2010

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2010, a copy of the **Transcript Order Form** was served via first class U. S. mail, postage prepaid, on the following:

| | |
|---|---|
| Todd M. Schneider<br>Guy Wallace<br>Mark T. Johnson<br>SCHNEIDER WALLACE COTTRELL<br>BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br><br>Garrett W. Wotkyns<br>SCHNEIDER WALLACE COTTRELL<br>BRAYTON KONECKY LLP<br>7702 E. Doubletree Ranch Road, Suite 300<br>Scottsdale, Arizona 85258<br><br>Todd S. Collins<br>Shanon J. Carson<br>Ellen T. Noteware<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Matthew McCue<br>Law Office of Matthew McCue<br>179 Union Ave.<br>Framingham, MA 01702<br><br>Lori A. Martin (*pro hac* vice)<br>Dawn M. Wilson (*pro hac vice*)<br>Brad E. Konstandt (*pro hac* vice)<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br><br>Jeffrey B. Rudman (BBO # 433380)<br>Phillipa J. Gage (BBO #664528)<br>Manique W. Bloom (BBO # 670537)<br>WILMER CUTLER PICKERING<br>  Hale AND DORR LLP<br>60 State Street<br>Boston, MA 02109 |

Gregory Y. Porter, Esq.
Bailey & Glasser LLP