# United States Court of Appeals
## For the First Circuit

No. 10-1513

FISHMAN HAYGOOD PHELPS WALMSLEY, WILLIS & SWANSON, L.L.P.,
and all others similarly situated

Plaintiff - Appellant

v.

STATE STREET CORPORATION; STATE STREET BANK & TRUST CO.;
STATE STREET BANK & TRUST CO. OF NEW HAMPSHIRE; STATE STREET
GLOBAL ADVISORS

Defendants - Appellees

**JUDGMENT**
Entered: August 13, 2010
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.

By the Court:

/s/Margaret Carter, Clerk.

cc:
Manique Wijewardena Bloom
Shanon J. Carson
Jeffrey G. Chang
Todd S. Collins
Phillipa Gage
Brian A. Glasser
Mark T. Johnson
Brad E. Konstandt
Lori A. Martin
Matthew P. McCue
Ellen T. Noteware
Gregory Y. Porter
Jeffrey B. Rudman
Todd M. Schneider
Guy B. Wallace
Dawn M. Wilson
Garrett W. Wotkyns